**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7952**

BERNARD MCFADDEN,

Plaintiff - Appellant,

versus

DESIREE R. ALLEN, Court Services Manager;
MARGARET T. SULLIVAN, Official Court Reporter
for Sumter County Court of General Sessions in
their individual or personal and official
capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(CA-05-887-3-RBH)

Submitted:  July 21, 2006          Decided:  August 4, 2006

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard McFadden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard McFadden appeals the district court's order adopting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court on the basis that this action is precluded by Heck v. Humphrey, 512 U.S. 477 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED